UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-406-BO

LUCIA GONZALEZ-RODRIGUEZ, )
NAZARIA LARA-MARTINEZ, and )
YESICA VELASCO-LOPEZ, *on behalf* )
*of themselves and all other similarly* )
*situated persons,* )
)
                      Plaintiffs, )
)
                v. )
)
JOSE M. GRACIA, JOSE M. GRACIA )
HARVESTING, INC. AND GRACIA )
AND SONS, LLC, )
)
                      Defendants. )

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiffs Lucia Gonzalez-Rodriguez, Nazaria Lara-Martinez, and Yesica Velasco-Lopez ("Plaintiffs") and Defendants José M. Gracia, José M. Gracia Harvesting, Inc., and Gracia and Sons, LLC (collectively the "Gracia Defendants"), by and through their undersigned counsel, jointly move this Court for entry of the proposed order attached to this Joint Motion (attached as Exhibit 1).

Because Plaintiffs' claims include alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et *seq*., ("FLSA") the parties seek Court approval of the Settlement Agreement. *See Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1355 (1982); *Boone v. City of Suffolk*, 79 F. Supp. 2d 603, 605 n. 2 (E.D.Va. 1999).

For the reasons set forth in the Memorandum of Law in Support of Joint Motion for Approval of FLSA Settlement, the parties respectfully request that the Court enter the proposed

1

attached Order approving the Settlement Agreement reached by the parties (attached as Exhibit 2), the Consent Order attached as Exhibit A and the Release attached as Exhibit B thereto. The Consent Order is also separately filed as Exhibit 3. A Declaration of Plaintiffs' Counsel Carol Brooke accompanies this Motion and is designated as Exhibit 4.

Respectfully submitted, this the 26th day of April, 2023.

North Carolina Justice Center

/s/ Carol L. Brooke
Carol L. Brooke
N.C. Bar No. 29126
P.O. Box 28068
Raleigh, NC 27611
Telephone: 919-856-2144
Facsimile: 919-856-2175
carol@ncjustice.org
Attorney for Plaintiffs

Legal Aid of North Carolina, Inc.

/s/ Caitlin Ryland
Caitlin Ryland
N.C. Bar No. 38472
P.O. Box 26626
Raleigh, NC 27611
Telephone: 919-856-2180
Facsimile: 919-856-2167
CaitlinR@legalaidnc.org
Attorney for Plaintiffs

/s/ F. Marshall Wall
F. Marshall Wall
NC Bar No. 26804
Cranfill Sumner LLP
P.O. Box 27808
Raleigh, NC 27611-7808
Telephone: 919-828-5100
Facsimile: 919-828-2277
mwall@cshlaw.com
Attorney for Defendants José M. Gracia, José M. Gracia Harvesting, Inc., and Gracia and Sons, LLC

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the original of the foregoing document on the following person(s) and/or entities listed below by e-mail, addressed as follows:

F. Marshall Wall
mwall@cshlaw.com
Vince Eisinger
veisinger@cshlaw.com
Cranfill Sumner & Hartzog LLP
P.O. Box 27808
Raleigh, North Carolina 27611-7808
*Attorneys for Defendants*

This the 26th day of April, 2023.

/s/ Carol L. Brooke
Carol L. Brooke

3