UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-406-BO

LUCIA GONZALEZ-RODRIGUEZ, )
NAZARIA LARA-MARTINEZ, and )
YESICA VELASCO-LOPEZ, *on behalf* )
*of themselves and all other similarly* )
*situated persons*, )
                                                       Plaintiffs, )
)
                                 v. )
)
JOSE M. GRACIA, JOSE M. GRACIA )
HARVESTING, INC. AND GRACIA )
AND SONS, LLC, )
)
                                           Defendants. )

**ORDER GRANTING APPROVAL OF FLSA SETTLEMENT**

This matter comes before the Court to consider the parties' Joint Motion for Approval of FLSA Settlement. The parties have jointly requested the Court to approve the Settlement Agreement and have mutually agreed to the entry of this Order granting approval of the settlement.

Having reviewed the parties' Joint Motion for Approval of FLSA Settlement, Joint Memorandum in support thereof, and a declaration from Plaintiffs' counsel Carol Brooke, the Court now FINDS, CONCLUDES, DECREES and ORDERS as follows:

    (1) This Court has jurisdiction over the subject matter of the litigation and over all parties to this litigation.

(2) Neither the Settlement, nor the approval order, nor the fact of a settlement, are an admission or concession by the Defendants of any liability or wrongdoing whatsoever.

(3) The terms of the Settlement Agreement are hereby approved and the Court finds that attorneys' fees provided for in the Settlement Agreement are reasonable. The Court finds that the Settlement is fair and adequate and a reasonable and equitable compromise of the claims in this case given the extent of discovery that has taken place, the stage of the proceedings, the expense and likely duration of continued litigation, the probability of Plaintiffs' success on the merits, the amount of the settlement in relation to the potential recovery, and the significance of the injunctive relief agreed to. The Court finds that there has been no fraud or collusion in the settlement and that Plaintiffs' counsel are experienced litigators who have adequately represented the Plaintiffs and the opt-in Plaintiffs.

The Joint Motion for Approval of FLSA Settlement is ALLOWED and the Settlement Agreement and Release are APPROVED without changes. The Court also approves the Consent Decree attached to the Settlement Agreement and filed separately.

SO ORDERED.

This the 24 day of May, 2023.

Terrence W. Boyle
United States District Judge