UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-406-BO

LUCIA GONZALEZ-RODRIGUEZ, )
NAZARIA LARA-MARTINEZ, and )
YESICA VELASCO-LOPEZ, *on behalf* )
*of themselves and all other similarly* )
*situated persons,* )
)
                              Plaintiffs, )
)
             v. )
)
JOSE M. GRACIA, JOSE M. GRACIA )
HARVESTING, INC. AND GRACIA )
AND SONS, LLC, )
)
                             Defendants. )

## **ORDER**

IT IS HEREBY ORDERED that this action be and hereby is dismissed with prejudice.

The clerk is directed to close this action.

IT IS SO ORDERED, this the __26__ day of __April__, 2014.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE